**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:04CR263-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAMES WILLIAM NELSON,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, filed July 7, 2005. (Document #2) Upon the Government's request, leave of Court will be granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, and the United States Attorney's Office.

**Signed: August 31, 2005**

Richard L. Voorhees
United States District Judge